FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JOHN HOWARD HARDING,** | ) | **NO. CV 08-2921-VBF(CT)** |
| **Petitioner,** | ) | |
| | ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY** |
| **v.** | ) | |
| **BEN CURRY, Warden** | ) | |
| **Respondent.** | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including, but not limited to, the magistrate judge's report and recommendation. Petitioner was paroled shortly after he filed the petition in this case. He never contacted the court with new address information and all orders sent to his address of record have been returned. See Fed.R.Civ.P. 41(b); Central District Local Rule 41-6.

IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

//

//

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 24, 2008

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE