FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HOWARD HARDING, | ) | NO. CV 08-2921-VBF(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BEN CURRY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: June 24, 2008

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE